UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
--------------------------------------------------------------------------x

Dianne Commons

                                 Plaintiff,

Case No: 8:15-cv-01998-JLS-KES

**STIPULATION OF DISMISSAL**

    -v.-

CMRE Financial Services, Inc.

                                 Defendant.
--------------------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  May 31, 2016

*/s/Jonathan A. Stieglitz*                                  */s/Franklin J Love*
Jonathan A. Stieglitz, Esq.                            Franklin J Love, Esq.
The Law Offices of Jonathan A. Stieglitz       Law Office of Franklin J. Love
11845 W. Olympic Blvd., Suite 750              800 S Barranca Avenue, Suite 100
Los Angeles, CA 90064                                 Covina, CA 91723
(323) 979-2063                                        (626) 653-0455
Jonathan.A.Stieglitz@gmail.com                 *Attorneys for Defendant*
*Attorneys for Plaintiff*